

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

August 20, 2024

James F. McDonough, III
Rozier Hardt McDonough PLLC
Unit 254
659 Auburn Avenue NE
Atlanta, GA 30312

Robert E. Freitas
Freitas & Weinberg LLP
Suite 600
303 Twin Dolphin Drive
Redwood Shores, CA 94065

**Re: Dragon Intellectual Property LLC v. DISH Network L.L.C.
Appeal No. 22-1621**

Dear Counsel:

The court invites responses from Dragon Intellectual Property, LLC, Robert E. Freitas, and Freitas & Weinberg LLP to the petition for rehearing en banc filed by DISH Network L.L.C. in this matter.

Please file the responses in accordance with Federal Circuit Rule 35 on or before September 3, 2024.

Very truly yours,

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court
By: M. Hull

cc: Lauren Dreyer